Case 1:20-cv-04513-KAM-CLP Document 7-1 Filed 09/30/20 Page 1 of 4 PageID #: 42

**SUPREME COURT OF THE
STATE OF NEW YORK, COUNTY OF KINGS**

| | |
|---|---|
| Yookel, Inc.<br><br>               Plaintiff,<br><br>    v.<br><br>United States Steel Corporation,<br><br>               Defendant,<br>and<br><br>CSX Transportation, Inc., Norfolk Southern Railway Company, and Consolidated Rail Corporation,<br><br>               Nominal Defendants. | Index: 515693/2020<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff Yookel, Inc. ("**Plaintiff**"), Defendant United States Steel Corporation ("**Defendant**"), and Nominal Defendants CSX Transportation, Inc., Norfolk Southern Railway Company, and Consolidated Rail Corporation ("**Nominal Defendants**"), that the time within which Defendant and Nominal Defendants must move, answer, or otherwise respond (if necessary) to Plaintiff's complaint is extended to and including October 15, 2020.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by facsimile, and that such facsimile signatures shall be deemed the equivalent of original signatures for purposes of this Stipulation.

Dated: September 15, 2020.

**HERRICK, FEINSTEIN LLP**

By:_____
  Shivani Poddar
  2 Park Avenue
  New York, New York 10016
  Telephone: (212) 592-1446
  Facsimile: (212) 592-1500
  spoddar@herrick.com

  *Attorneys for Plaintiff*

**JONES DAY**

By:_____
  Roy A. Powell
  500 Grant Street, Suite 4500
  Pittsburgh, PA  15219
  Office: 412.394.7922
  Fax: 412.394.7959
  rapowell@jonesday.com
  *Attorneys for Defendant*
  *United States Steel Corporation*

**GAINES, NOVICK, PONZINI, COSSU & WENDITT, LLP**

BY:*Denise Cossu*
  Denise M. Cossu
  1133 Westchester Avenue
  White Plains, NY  10604
  Tel: (914) 288-9595
  Fax: (914) 288-0850
  dcossu@gainesllp.com

  *Attorneys for Defendants*
  *CSX Transportation, Inc., Norfolk Southern*
  *Railway Company, and Consolidated Rail*
  *Corporation*

2

Case 1:20-cv-04513-KAM-CLP   Document 7-1   Filed 09/30/20   Page 3 of 4 PageID #: 44

## SUPREME COURT OF THE
## STATE OF NEW YORK, COUNTY OF KINGS

| | |
|---|---|
| **Yookel, Inc.** | |
| **Plaintiff,** | |
| v. | Index: 515693/2020 |
| **United States Steel Corporation,** | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| **Defendant,** | |
| and | |
| **CSX Transportation, Inc., Norfolk Southern Railway Company, and Consolidated Rail Corporation,** | |
| **Nominal Defendants.** | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiff Yookel, Inc. (**"Plaintiff"**), Defendant United States Steel Corporation (**"Defendant"**), and Nominal Defendants CSX Transportation, Inc., Norfolk Southern Railway Company, and Consolidated Rail Corporation (**"Nominal Defendants"**), that the time within which Defendant and Nominal Defendants must move, answer, or otherwise respond (if necessary) to Plaintiff's complaint is extended to and including October 15, 2020.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by facsimile, and that such facsimile signatures shall be deemed the equivalent of original signatures for purposes of this Stipulation.

Dated: September 15, 2020.

Case 1:20-cv-04513-KAM-CLP   Document 7-1   Filed 09/30/20   Page 4 of 4 PageID #: 45

INDEX NO. 515693/2020

RECEIVED NYSCEF: 09/16/2020

**HERRICK, FEINSTEIN LLP**

By: __/s/ Shivani Poddar__
    Shivani Poddar
    2 Park Avenue
    New York, New York 10016
    Telephone: (212) 592-1446
    Facsimile: (212) 592-1500
    spoddar@herrick.com

    *Attorneys for Plaintiff*


**JONES DAY**

By: _____
    Roy A. Powell
    500 Grant Street, Suite 4500
    Pittsburgh, PA  15219
    Office: 412.394.7922
    Fax: 412.394.7959
    rapowell@jonesday.com
    *Attorneys for Defendant*
    *United States Steel Corporation*


**GAINES, NOVICK, PONZINI, COSSU & WENDITT, LLP**

BY: _____
    John M. Murtagh
    1133 Westchester Avenue
    White Plains, NY  10604
    Tel: (914) 288-9595
    Fax: (914) 288-0850
    jmurtagh@gainesllp.com

    *Attorneys for Defendants*
    *CSX Transportation, Inc., Norfolk Southern*
    *Railway Company, and Consolidated Rail*
    *Corporation*

2